IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02040-RPM-MEH

CARLA ELLIS,

    Plaintiff,

v.

TRIDENT ASSET MANAGEMENT, L.L.C.,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2012.**

    The Stipulated Motion for Entry of Protective Order [filed October 4, 2012; docket #8] is **granted**. The Protective Order is accepted and filed contemporaneously with this minute order.